UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELLY JONES; WARREN JONES,<br><br>      Plaintiffs,<br><br>-against-<br><br>WESTSIDE BUILDING AND RESTORATION, INC.,<br><br>      Defendant. | 25 CIVIL 3339 (KMW)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 17, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

  SO ORDERED.

Dated: October 21, 2025

   New York, New York

                /s/ Kimba M. Wood
                KIMBA M. WOOD
               United States District Judge